

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-13-00233-CV**

| | | |
|---|---|---|
| Joseph Van Velzor | § | From the 352nd District Court |
| | § | of Tarrant County (352-236210-09) |
| v. | | |
| | § | May 22, 2014 |
| Henry Bradley | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier